IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00817-WYD-MJW

CINDY K. EDWARDS,

    Plaintiff(s),

v.

McCLOSKEY MOTORS, INC.,

    Defendant(s).

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties Stipulated Motion to Dismiss [# 16], filed November 3, 2006.  After careful review of the file, the Court has concluded that the motion should be approved and that Plaintiff's claims against the Defendant should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That the Stipulated Motion to Dismiss is **APPROVED**; and that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  November 9, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge